8 So.2d 907

**Henry TEMPLE v. STATE.**

**6 Div. 931.**

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

8 So.2d 907

**Henry TEMPLE v. STATE.**

**6 Div. 933.**

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 854

**Ernest TERRY v. STATE.**

**7 Div. 624.**

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

3 So.2d 927

**Mary THACKERSON v. STATE.**

**6 Div. 714.**

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

3 So.2d 927

**Charley THOMAS v. STATE.**

**7 Div. 595.**

Court of Appeals of Alabama.
June 24, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 927

**Homer G. THOMAS v. CITY OF ANNISTON.**

**7 Div. 631.**

Court of Appeals of Alabama.
June 17, 1941.

Hugh D. Merrill, Jr., of Anniston, for appellee.

RICE, Judge.
Affirmed.